

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-19-00793-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Tanya **WALKER** and Adrian Segovia,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23121
Honorable David A. Canales, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's October 23, 2019 order. Appellant timely filed a notice of appeal on November 8, 2019. Accordingly, the reporter's record was due ten days later on November 18, 2019. *See* Tex. R. App. P. 26.1(b), 35.1(b). The record was not filed.

On November 22, 2019, the clerk of this court notified the court reporter, by letter that he is the reporter responsible for the record and that the record was late. Our letter required the record be filed by December 10, 2019. The court reporter Luis Duran, Jr. filed no response to the letter. Our records show the clerk's office of this court has attempted to contact the court reporter twice, leaving messages. However, the court reporter has not responded.

We order Luis Duran, Jr. to file the record, and a reasonable explanation for not responding to this court, by **January 2, 2020**. Luis Duran, Jr. is advised that the court will not grant a further extension of time unless he (1) establishes there are extraordinary circumstances that prevent him/her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Luis Duran, Jr. is further advised that if the record is not received by this date, we may order him to appear and show cause why he should not be held in contempt. We further order the clerk of this court to serve this order on Luis Duran, Jr. by certified mail, return receipt requested, and by first class United States mail.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex. R. App. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court